CORRECTED ORDER

NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

JENNIFER STONE AND GARY STONE,
(PARENTS AND NEXT FRIENDS OF),
AMELIA STONE, (A MINOR),
*Petitioners-Appellants,*

v.

SECRETARY OF HEALTH AND HUMAN
SERVICES,
*Respondent-Appellee.*

---

2011-5109

---

Appeal from the United States Court of Federal Claims in case no. 04-VV-1041, Senior Judge Lawrence S. Margolis.

------------------------------------------------

---

SCOTT R. HAMMITT,
AS THE LEGAL REPRESENTATIVE OF HIS
MINOR DAUGHTER ,
RACHEL HAMMITT,
*Petitioner-Appellant,*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

---

2011-5117

---

Appeal from the United States Court of Federal Claims in case no. 07-VV-170, Judge Thomas C. Wheeler.

---

## ON MOTION

---

# ORDER

Jennifer and Gary Stone move without opposition to consolidate these two cases for oral argument. .

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that they will be treated as companion cases for purposes of oral argument. A copy of this order shall be transmitted to the merits panel assigned to hear these appeals. The revised official caption in 2011-5117 is reflected above.

STONE v. HHS

FOR THE COURT

__DEC 2 1 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richard Gage, Esq.
    Alexis B. Babcock, Esq.
    Curtis R. Webb, Esq.
    Althea W. Davis, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2011

JAN HORBALY
CLERK